IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**HOLLY BURNS**                                                                         **PLAINTIFF**

        **v.**                 **Civil No. 06-5201**

**FORD MOTOR COMPANY**                                  **DEFENDANT**

<u>**O R D E R**</u>

    Now on this 11th day of October, 2007, the Court, noting that plaintiff has filed an Amended Complaint which calls into question the constitutionality of Arkansas Act 649 of 2003, also known as the Civil Justice Reform Act of 2003, and further noting that the neither the State of Arkansas nor any agency, officer or employee thereof is a party to this matter, hereby certifies to the Attorney General for the State of Arkansas the fact of such statutory challenge, pursuant to **18 U.S.C. §2403(b)** and **F.R.C.P. 5.1.**

    The State of Arkansas will be permitted to intervene in this matter, and to present evidence and argument on the issue of the constitutionality of the statute, if it so chooses.

    The Clerk of Court is directed to forward a copy of this Order, as well as copies of the Amended Complaint and the Docket Sheet in this matter, to the Arkansas Attorney General, Suite 1100, 323 Center Street, Little Rock, Arkansas 72201-2610.

    **IT IS SO CERTIFIED AND ORDERED.**

                                                                           /s/ Jimm Larry Hendren
                                                                           **JIMM LARRY HENDREN**
                                                                           **UNITED STATES DISTRICT JUDGE**