IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

HOLLY BURNS                                                                    PLAINTIFF

      v.              Civil No. 06-5201

FORD MOTOR COMPANY                                                             DEFENDANT

### O R D E R

Now on this 20th day of December, 2007, comes on for consideration **Plaintiff's Notice Of Voluntary Nonsuit As To Breach Of Warranty Claim And Fraudulent Misrepresentation Claim** (document #65), and the Court, being well and sufficiently advised, finds that said claims should be, and same hereby are, **dismissed without prejudice**.

Plaintiff's other claims remain pending for adjudication.

**IT IS SO ORDERED.**

                                /s/ Jimm Larry Hendren
                                JIMM LARRY HENDREN
                                UNITED STATES DISTRICT JUDGE