```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

**HOLLY BURNS**                                                    **PLAINTIFF**

      **v.**            Civil No. 06-5201

**FORD MOTOR COMPANY**                                             **DEFENDANT**

## J U D G M E N T

On the 11th day of February, 2008, this matter came on for trial.  A jury of twelve was duly empaneled, and heard the evidence, the instructions of the Court, and the arguments of counsel, then retired to deliberate.  On February 20, 2008, the jury returned its verdict, finding no liability on the part of the defendant.

**IT IS THEREFORE ORDERED** that plaintiff's claims herein are denied, and this matter is **dismissed with prejudice**.

**IT IS SO ORDERED**, this 21st day of February, 2008.

                                                /s/ Jimm Larry Hendren
                                               **JIMM LARRY HENDREN**
                                               **UNITED STATES DISTRICT JUDGE**