```
        IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

**HOLLY BURNS**                                                                           **PLAINTIFF**

       **v.**             **Civil No. 06-5201**

**FORD MOTOR COMPANY**                                               **DEFENDANT**

## O R D E R

Now on this 9th day of April, 2008, comes on for consideration **Ford Motor Company's Motion To Withdraw Bill Of costs** (document #114), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**.

**IT IS THEREFORE ORDERED** that Ford Motor Company's **Bill of Costs** (document #108) is **withdrawn**.

                                                            /s/ Jimm Larry Hendren
                                                            JIMM LARRY HENDREN
                                                            UNITED STATES DISTRICT JUDGE